**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-04277 |
| | ) | |
| Antonio Samuel, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**ORDER TO REDACT**

Pursuant to section II.A.4.b. of the Administrative Procedures for the Case Management/Electronic Case Filing System, the motion to redact personal information is granted.

The clerk is directed to substitute the redacted document attached to the motion in place of the unredacted document originally filed.

DATED: April 3, 2023

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge